

# NUMBER 13-21-00413-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**IN RE ARCH FUNDING, LLC**

**On Petition for Writ of Mandamus.**

# ORDER

**Before Justices Benavides, Longoria, and Tijerina**
**Order Per Curiam**

On November 24, 2021, relator Arch Funding, LLC filed a petition for writ of mandamus seeking to compel the trial court to vacate its order setting aside a trustee's sale and to abate the underlying case until Robert Tudor and Fred Harms are joined as necessary parties.

This Court sua sponte orders the underlying trial court proceedings to be stayed. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We request that the real parties in

interest, JP Lynx Capital Developments, LLC and Jose Pedraza Jr., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
30th day of November, 2021.